

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2025

No. 04-25-00718-CV

**IN RE** Susan **HICKS**

Original Proceeding[1]

**ORDER**

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

On December 2, 2025, we struck relator's petition for writ of mandamus because it contained an unredacted minor's name in violation of Rule 9.9 of the Texas Rules of Appellate Procedure and Local Rule 4.2. *See* TEX. R. APP. P. 9.9; *see also* 4TH TEX. APP. (San Antonio) LOC. R. 4.2. We ordered relator to refile a compliant petition and record no later than December 8, 2025. Relator has not filed a compliant petition and record. The petition for writ of mandamus is **DISMISSED WITHOUT PREJUDICE TO REFILING** pursuant to Rule 42.3 because she has failed to comply with the Texas Rules of Appellate Procedure and an order of this court. *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** on December 31, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2014-CI-11427, styled *Joshua Taylor v. Jennifer Taylor*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.